## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In re:                                          )
                                                )
**JOHN R. LAMPL,**                              )   Case #15-12275-RGM
                                                )   **(Chapter 7)**
    **Debtor.**                                 )
                                                )

## CERTIFICATION OF NO NEW UNPAID DEBTS

John R. Lampl, the Debtor in the above-captioned case, by counsel, hereby certifies that he has incurred no unpaid debts since the commencement of this case.

JOHN R. LAMPL
By counsel

/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
(703) 549-5003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Certification was served on this 10th day of August, 2016 via the Court's ECF system on all registered recipients.

/s/Steven B. Ramsdell
Steven B. Ramsdell